John T. Masterson, Bar #007447
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7850
jmasterson@jshfirm.com

Attorneys for Defendant First Savings Bank, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>            Plaintiff,<br><br>v.<br><br>First Savings Bank, Inc.,<br><br>            Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

NOW COMES the Defendant, FIRST SAVINGS BANK, INC. ("Defendant"), by its attorneys, John Masterson of Jones, Skelton & Hochuli, P.L.C., Molly A. Arranz, and John C. Ochoa, of SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, removes this action to the United States District Court for the District of Arizona. In support thereof, Defendant states as follows:

**The State Court Action**

1.     The Defendant's Notice of Removal is based upon subject matter jurisdiction conferred by federal question as established in 28 U.S.C. § 1331.

2.     The Plaintiff filed his Complaint on October 15, 2018 in the Justice Court of Yuma County, Arizona, in the civil action styled *Charles A. Gulden v. First Savings Bank, Inc.*, bearing Case No. J1401CV2018003674. A copy of the Summons and Complaint is attached hereto as **Exhibit A**.[1]

---

[1] These are the only two documents currently pending on the state court docket.

7180166.1

3. Plaintiff's Complaint arises out of the alleged placement of unsolicited telephone calls to him in purported violation of the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227, *et seq*.

4. Defendant received a copy of the Summons and Complaint on October 22, 2018.[2]

5. Defendant has not entered its appearance, filed a responsive pleading, or otherwise responded to Plaintiff's Complaint in the State Court Action.

6. This Notice was filed within (30) thirty days of "the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

**Federal Question Jurisdiction**

7. This Court has original jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1331 because the Complaint asserts claims under the TCPA, which "arises under the Constitution, laws, or treaties of the United States." *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 742 (2012).

8. Venue is proper because the Justice Court of Yuma County, Arizona is within the United States District Court for the District of Arizona. *See* 28 U.S.C. § 105 and 1446(a).

9. As required by 28 U.S.C. § 1446(d), the Defendant will promptly serve upon Plaintiff, who is appearing *pro se*, a true and correct written copy of this Notice of Removal.

10. Also pursuant to 28 U.S.C. § 1446(d), Defendant shall file a copy of this Notice of Removal with the Clerk of the Justice Court of Yuma County, Arizona. A copy

---

[2] As of the date of filing this Notice of Removal, Plaintiff apparently has not perfected service under Arizona Civil Rule 4.2(c), as he has not filed an affidavit of service with the state court. *See* Ariz. R. Civ. P. 4.2(c) and *Postal Instant Press, Inc. v. Corral Restaurants, Inc.*, 186 Ariz. 535, 537, 925 P.2d 260, 262 (1996).

of the Notice to State Court of Notice of Removal filed in the Justice Court of Yuma County is attached hereto as **Exhibit B**.

11. By removing this action, the Defendant does not waive any defenses available to it.

WHEREFORE, Defendant, FIRST SAVINGS BANK, INC., by its attorneys, John Masterson of Jones, Skelton & Hochuli, P.L.C., Molly A. Arranz, and John C. Ochoa, of SmithAmundsen LLC, respectfully requests that this Court exercise jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

DATED this 16th day of November 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ John T. Masterson*
    John T. Masterson
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant First Savings
    Bank, Inc.

    Molly A. Arranz
    John C. Ochoa
    SmithAmundsen LLC
    150 N. Michigan Ave., #3300
    Chicago, IL 60601
    *Motion to Admit Pro Hac Vice to be filed*

    Attorneys for Defendant First Savings
    Bank, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
chasinyuma@hotmail.com
*Plaintiff, in Pro Per*

*/s/ Cindy Castro*