Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
Phone: 928-782-5182
Email: chasinyuma@hotmail.com

# IN THE UNITED STATES DISTRICT COUNTY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN, | No. CV-18-04097-PHX-SPL |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| vs. | **(Jury Trial Requested)** |
| FIRST SAVINGS BANK, INC., | Honorable Steven P. Logan |
| Defendant. | |

## JURISDICTION AND VENUE

1. This claim arises from tort and is made pursuant to the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227, and its Federal Communications Commission (FCC) TCPA implementing regulation, 47 C.F.R. § 64.1200.

2. Plaintiff, Charles A. Gulden, resides in Yuma County, Arizona. Defendant, First Savings Bank, Inc., is an Illinois entity that conducts business in and into the state of Arizona. All acts complained of herein occurred on Plaintiff's residential telephone located in Yuma County, Arizona.

## FACTUAL ALLEGATIONS

3. On or about 8 October 2018 Defendant or Defendant's employees, agents or parties acting on behalf of the Defendant initiated four (4) separate telephone calls from caller-ID numbers 708-887-0372 and 661-472-8360, respectively, to

FIRST AMENDED COMPLAINT - 1

Plaintiff's residential telephone number ending in 5182 for the purpose of soliciting Plaintiff to purchase its residential mortgage product.

4. During the first call that originated from telephone number 708-887-0372 the Defendant's representative who identified as Rick Lacy, Senior Mortgage Banker with First Savings Bank, spoke with and solicited Plaintiff for a mortgage from First Savings Bank to refinance his personal residential property.

5. After Plaintiff accidentally cut off the first call during Defendant's representative's pitch in which the representative was attempting to sell Plaintiff a new mortgage, Defendant's representative initiated three successive calls immediately thereafter to Plaintiff's residential telephone number from telephone number 661-472-8360, which is a telephone number controlled by Defendant.

6. Immediately after getting the three additional calls Plaintiff called back to Defendant's telephone number 661-472-8360 and was advised by Defendant's representative that the three additional calls were made to continue with the original solicitation to Plaintiff for a new mortgage.

7. Plaintiff had not provided Defendant with his prior express invitation or permission to make telephonic solicitation calls to his residential telephone nor did Defendant or any party calling on its behalf have a personal relationship or an established business relationship with the Plaintiff.

8. For more than thirty-one (31) days prior to Defendant's calls to Plaintiff's residential telephone, Plaintiff's residential telephone number was registered on the national Do Not Call Registry in which the federal government documents the

FIRST AMENDED COMPLAINT - 2

telephone numbers of persons who do not wish to receive such telephone solicitations.

9. The complained of calls constituted calls that were not for emergency purposes.

10. The complained of calls were an unwelcome annoyance, distraction and disturbance to Plaintiff and invasion of Plaintiff's privacy, unnecessarily occupying Plaintiff's telephone line and consuming Plaintiff's time and attention to receive, deal with and respond to the calls.

## TCPA VIOLATIONS I, II, III & IV

11. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. Each of the foregoing calls initiated by or on behalf of the Defendant constitute separate negligent violations of the TCPA pursuant to 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(2), in that the calls were initiated to the Plaintiff's residential telephone number while it was registered on the national Do Not Call Registry.

13. The foregoing calls constitute multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages for each separate violation, pursuant to 47 U.S.C. § 227(c)(5)(C).

## TCPA VIOLATION V, VI, VII & VII

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

FIRST AMENDED COMPLAINT - 3

15. On or about 8 October 2018, after initiation of the complained of calls herein, Plaintiff requested by written email to Defendant's agent or employee that solicited him that Plaintiff's telephone number to be added to its internal Do Not Call list and Plaintiff specifically requested that a copy of the Defendant's written policy for compliance with such Do Not Call requests be made available to him.

16. Defendant has not responded to Plaintiff's request and Defendant has not provided or made available a copy of its written policy for maintaining a Do Not Call list.

17. Independent of the violations cited elsewhere in this Complaint, Defendant's four (4) calls to Plaintiff while failing to meet minimum required standards for institution of procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity constitute willful violations of 47 C.F.R. § 64.1200(d), entitling Plaintiff to an award of $1,500.00 in statutory damages for each of these four (4) separate violations, pursuant to 47 U.S.C. § 227(c)(5)(C).

**RELIEF REQUESTED**

18. Plaintiff seeks monetary damages based on treble the amount of Five Hundred Dollars ($500.00) for each of the eight (8) TCPA violations complained of herein, amounting to Twelve Thousand Dollars ($12,000.00) in total. Plaintiff further claims post judgment interest, court costs and other expenses in connection with this case.

//

FIRST AMENDED COMPLAINT - 4

## JURY DEMAND

19. Plaintiff respectfully requests trial by jury.

Dated this 22nd day of December, 2018.

*[signature]*

Charles A. Gulden

FIRST AMENDED COMPLAINT - 5

**CERTIFICATE OF SERVICE**

I hereby certify that on 22 December 2018 I will send a true and correct copy of the foregoing First Amended Complaint by First Class U.S. Mail, and by email to:

John T. Masterson
Jones, Skelton & Hochuli, PLC
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
jmasterson@jshfirm.com

Molly A. Arranz
John C. Ochoa
SmithAmundson LLC
150 N. Michigan Avenue, #3300
Chicago, IL 60601
jochoa@salawus.com
marranz@salawus.com

*Charles A. Gulden* (signature)

Charles A. Gulden

FIRST AMENDED COMPLAINT - 6