1  John T. Masterson, Bar #007447
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone: (602) 263-1700
   Fax: (602) 200-7850
4  jmasterson@jshfirm.com

5  Attorneys for Defendant First Savings Bank, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Charles A. Gulden, | NO. 2:18-cv-04097-PHX-SPL |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| First Savings Bank, Inc., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to the dismissal of Plaintiff's claims against Defendant in the above-captioned case ***with prejudice***, the parties to bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 8th day of February 2019.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Molly A. Arranz*
   John T. Masterson
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004

   Molly A. Arranz
   John C. Ochoa
   SmithAmundsen LLC
   150 N. Michigan Ave., #3300
   Chicago, IL 60601
   *Admitted Pro Hac Vice*

   Attorneys for Defendant First Savings Bank, Inc.

///

By  */s/ Charles A. Gulden*
Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
Plaintiff, in Pro Per

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
chasinyuma@hotmail.com
Plaintiff, in Pro Per


 */s/ Molly A. Arranz*

2