IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>            Plaintiff,<br><br>vs.<br><br>First Savings Bank Incorporated,<br><br>            Defendant. | No. CV-18-04097-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 22) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall **terminate** this action.

Dated this 12th day of February, 2019.

                                              Honorable Steven P. Logan
                                              United States District Judge